# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>     Plaintiff<br><br>     v.<br><br>**MANRIQUE RIOS-MERCADO,**<br>     Defendant | **Criminal No. 07-332 (ADC)** |

## ORDER

Before the Court is an unopposed Report and Recommendation issued by Chief Magistrate-Judge Justo Arenas on January 18, 2008. (**Docket No. 30**.) In said Report and Recommendation the Chief Magistrate-Judge recommends that: defendant **Manrique Ríos-Mercado** be adjudged guilty of the offenses charged in Count One (18 U.S.C. § 1344) inasmuch as his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count One of the indictment in the above-captioned case.

**The sentencing hearing is set for May 8, 2008 at 3:30 p.m.**

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 13th day of February, 2008.

                                              S/**AIDA M. DELGADO-COLON**
                                              **United States District Judge**